**No. 61451.**—Elna Corp. of American, Inc., and Barian Shipping Co., Inc. *v.* United States, protest 279161–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of buttonhole cutters in chief value of steel, not plated with

platinum, gold, or silver, and not enameled or glazed with vitreous glasses, used chiefly in the household for cutting off buttons and cutting open seams on fabric, the claim of the plaintiffs was sustained.